## FRANKLIN BENNETT *et al.*

### *v.*

### THE PEOPLE OF THE STATE OF ILLINOIS.

*Ottawa, March Term,* 1880.

BAIL—*after conviction—pending writ of error.* This court will not admit a prisoner to bail pending a writ of error to reverse a judgment of conviction for larceny, unless it is very clear there can be no conviction upon another trial.

WRIT OF ERROR to the Circuit Court of Will county.

Franklin Bennett, Frank Bennett and John Pierce were indicted in the court below for larceny, and upon a trial were found guilty, and were sentenced, respectively, to a term of five, three and six years in the penitentiary.

A writ of error was sued out by the prisoners to reverse that judgment, and thereupon a motion was entered in their behalf, in this court, to admit them to bail pending the writ of error, and to fix the bail of each of them.

Messrs. HALEY & O'DONNELL, for the plaintiffs in error.

SCOTT, J.: The prisoners are in custody, and under sentence of the court. A motion is now made to admit to bail. It has not been the practice of this court, after conviction, to admit to bail, unless it is very clear there can be no conviction upon another trial. Adhering to that rule as we do, we see no cause in this case to depart from the uniform practice. The petition will be denied.

*Petition denied.*